# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLENE BOST,<br><br>        Plaintiff,<br><br>vs.<br><br>SAM'S EAST, INC.; AND WALMART ASSOCIATES, INC.,<br><br>        Defendant. | Civil Action No. 1:17-cv-1148<br><br>**Notice of Settlement** |

    Plaintiff Charlene Bost and Defendants Sam's East, Inc. and Walmart Associates, Inc. (collectively "the Parties") hereby provide notice to the Court that the Parties have reached a confidential settlement of this case. The Parties are finalizing the written settlement agreement, and expect to file a stipulation of dismissal with prejudice of the case shortly. Until then, the Parties respectfully request that the Court administratively close the case, or, in the alternative, stay the case pending the completion of the settlement and the filing of the dismissal.

    Respectfully submitted, this 9th day of May, 2018.

| | |
|---|---|
| /s/ *Robert M. Elliot*<br>Robert M. Elliot, Bar No. 7709<br>ELLIOT MORGAN PARSONAGE, P.A.<br>426 OLD SALEM RD.<br>WINSTON-SALEM, NC 27101<br>336-724-2828<br>Fax: 336-714-4499<br><br>*Attorneys for Plaintiff* | /s/ *Molly M. Shah*<br>Molly M. Shah, Bar No. 40275<br>mmshah@littler.com<br>LITTLER MENDELSON, P.C.<br>100 North Tryon Street, Suite 4150<br>Charlotte, NC  28202<br>Telephone:     704.972.7000<br>Facsimile:     704.333.4005<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

This is to certify that, on May 9, 2018, the undersigned filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

ROBERT M. ELLIOT
Email: rmelliot@emplawfirm.com
DANIEL C. LYON
Email: dlyon@emplawfirm.com
R. MICHAEL ELLIOT
Email: michaelelliot@emplawfirm.com
ELLIOT MORGAN PARSONAGE, P.A.
426 OLD SALEM RD.
WINSTON-SALEM, NC 27101
336-724-2828
Fax: 336-714-4499
*Attorney for Plaintiff*

Donna M. Levinsohn
Email: dlevinsohn@transgenderlegal.org
Transgender Legal Defense and Education Fund, Inc.
20 West 20th Street, Suite 705
New York, New York 10011
Telephone: (646) 862-9396

*Attorneys for Plaintiff*

                                          */s/ Molly M. Shah*
                                          Molly M. Shah, Bar No. 40275
                                          LITTLER MENDELSON
                                          100 North Tryon Street, Suite 4150
                                          Charlotte, NC 28202
                                          Telephone:   704.972.7000
                                          Facsimile:    704.333.4005

                                          *Attorneys for Defendants*