# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Civil Action: 1:17-cv-1148

| | |
|---|---|
| **CHARLENE BOST,**<br><br>Plaintiff,<br><br>v.<br><br>**SAM'S EAST, INC.; AND WAL-MART ASSOCIATES, INC.,**<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed with prejudice. The parties shall bear their own costs.

This the 6th day of June, 2018.

| | |
|---|---|
| /s/ Daniel C. Lyon | /s/ Molly M. Shah |
| Daniel C. Lyon (43828) | Molly M. Shah (40275) |
| Elliot Morgan Parsonage, PLLC | Littler Mendelson, P.C. |
| 300 E. Kingston Ave, Suite 200 | 100 N Tryon Street, Suite 4150 |
| Charlotte, NC 28203 | Charlotte, NC 28202 |
| Telephone: (704) 707-3705 | Telephone: (704) 972-7000 |
| Facsimile: (336) 724-3335 | Facsimile: (704) 333-4005 |
| E-Mail: dlyon@emplawfirm.com | E-Mail: mmshah@littler.com |

| | |
|---|---|
| /s/Robert M. Elliot<br>Robert M. Elliot (7709)<br>Elliot Morgan Parsonage, PLLC<br>426 Old Salem Rd<br>Winston-Salem, NC 27101<br>Telephone: (336) 724-2828<br>Facsimile: (336) 724-3335<br>E-Mail: rmelliot@emplawfirm.com | /s/ Stephen D. Dellinger<br>Stephen D. Dellinger ()<br>Littler Mendelson, P.C.<br>100 N Tryon Street, Suite 4150<br>Charlotte, NC 28202<br>Telephone: (704) 972-7000<br>Facismile: (704) 333-4005<br>E- Mail: sdellinger@littler.com |
| /s/Donna M. Levinsohn<br>Donna M. Levinsohn (admitted *pro hac vice*)<br>Transgender Legal Defense &<br> Education Fund, Inc.<br>20 West 20th Street, Suite 705<br>New York, New York 10011<br>Telephone: (646) 862-9396<br>Email:dlevinsohn@transgenderlegal.org | |

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Daniel C. Lyon
Daniel C. Lyon
Attorney for Plaintiff
ELLIOT MORGAN PARSONAGE, PLLC
300 E. Kingston Ave, Suite 200
Charlotte, NC 28203
Telephone: (704) 707-3705
Facsimile: (336) 724-3335
E-mail: dlyon@emplawfirm.com